

# NUMBER 13-14-00200-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**THE STATE OF TEXAS,**                                                              **Appellant,**

**v.**

**RHONDA ROMBS,**                                                              **Appellee.**

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas.

## Order of Abatement

**Before Chief Justice Valdez and Justices Perkes and Longoria**
**Order Per Curiam**

This cause is before the Court on the State's motion to abate and remand for findings of fact and conclusions of law. The Court, having considered the motion, is of the opinion that the motion should be granted. Accordingly, the Court hereby ABATES the appeal and REMANDS the cause to the trial court for further proceedings as set forth herein.

On remand, the trial court is directed to express the essential findings of fact and conclusions of law in support of its order granting the motion to suppress in this cause, as requested by the State in its motion filed on April 14, 2014. *See State v. Cullen*, 195 S.W.3d 696, 700 (Tex. Crim. App. 2006). The trial court shall cause its findings and conclusions to be included in either a supplemental clerk's record or a supplemental reporter's record filed with the Court within thirty days of the date of this order. Should the trial court require more time to comply with this order, it shall request an extension prior to the expiration of this deadline.

Upon the filing of the supplemental record containing the trial court's essential findings and conclusions, the appeal will be reinstated.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of August, 2014.

2